George L. Winters, Respondent, v. James Redmond and Thomas Red-

mond, Appellants.—Judgment and order affirmed, with costs. All concurred.